UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORREY SELCK,

    Plaintiff,

v.

CITY OF SACRAMENTO,

    Defendant.

No. 2:19-cv-0341-JAM-EFB PS

ORDER

On February 13, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed February 13, 2020, are ADOPTED;
2. Defendant's motion to dismiss (ECF No. 5) is granted, and plaintiff's claims are dismissed with leave to amend;
3. Plaintiff is granted 30 days from the date of service of this order to file an amended complaint; and
4. Plaintiff's motion for injunctive relief (ECF No. 15) is denied.

DATED: March 24, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE